The Honorable Judge James L Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Christoph - Eric James Lundvall, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ANC Sports Enterprises, LLC., John and Jane Does 1-4 and the marital community thereof,<br><br>Defendants. | No.: 2:19-cv-00097-JLR<br><br>STIPULATED DISMISSAL WITH PREJUDICE |

Plaintiff Christoph-Eric James Lundvall and Defendant ANC Sports Enterprises, LLC, by and through their attorneys of record, hereby stipulate that they have settled the claims between them and, pursuant to FRCP 41(a)(1)(A)(ii), that the above entitled action has been fully settled and compromised. Christoph-Eric James Lundvall and Defendant ANC Sports Enterprises, LLC stipulate that the above-captioned lawsuit is to be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

SO ORDERED this 5th day of November, 2019.

*[signature]*

JAMES L. ROBART
United States District Judge

STIPULATED DISMISSAL

Page 1

Seattle Litigation Group, PLLC
500 Union Street, Suite 510
Seattle, WA 98101
(206) 407-3300

Presented By:

| | |
|---|---|
| **Seattle Litigation Group, PLLC** | **Ogletree Deakins Nash Smoak & Stewart** |
| */s/ Ariella Wagonfeld* | */s/ Kyle Nelson* |
| Seth Rosenberg, WSBA No. 41660 | Adam T Pankratz, WSBA No. 50951 |
| Ariella Wagonfeld, WSBA No. 33197 | Kyle Nelson, WSBA No. 49981 |
| Seattle Litigation Group, PLLC | Ogletree Deakins Nash Smoak & Stewart |
| 500 Union Street, Suite 510 | 1201 Third Avenue, Ste 5150 |
| Seattle, WA 98101 | Seattle, WA 98101 |
| Phone: 206-407-3300 | Phone: 206-693-7059 |
| Fax: Fax: 206-407-3097 | Fax: 206-693-7058 |
| Email: ariella@seattlelitigation.net | Email: adam.pankratz@ogletree.com |
| Email: seth@seattlelitigation.net | Email: kyle.nelson@ogletree.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant ANC Sports Enterprises LLC* |

STIPULATED DISMISSAL

Page 2

Seattle Litigation Group, PLLC
500 Union Street, Suite 510
Seattle, WA 98101
(206) 407-3300

# DECLARATION OF SERVICE

I caused a copy of the foregoing Stipulated Dismissal to be served on the following in the manner indicated:

**Via CM/ECF on**

Adam T Pankratz
Kyle Nelson
Ogletree Deakins Nash Smoak & Stewart
1201 Third Avenue, Ste 5150
Seattle, WA 98101
Phone: 206-693-7059
Fax: 206-693-7058
Email: adam.pankratz@ogletree.com
Email: kyle.nelson@ogletree.com
*Attorneys for Defendant ANC Sports Enterprises LLC*

On today's date.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct to the best of my belief.

Signed and DATED this 16th day of October, 2019

/s/ *Ariella Wagonfeld*
Seth Rosenberg, WSBA No. 41660
Ariella Wagonfeld, WSBA No. 33197
Seattle Litigation Group, PLLC
500 Union Street, Suite 510
Seattle, WA 98101
Phone: 206-407-3300
Fax: Fax: 206-407-3097
Email: ariella@seattlelitigation.net
Email: seth@seattlelitigation.net
*Attorneys for Plaintiff*

STIPULATED DISMISSAL

Page 3

Seattle Litigation Group, PLLC
500 Union Street, Suite 510
Seattle, WA 98101
(206) 407-3300